AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Debevoise, Dickinson R. | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>04/21/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

MLK, Jr. Federal Bldg. & Court
50 Walnut Street
Newark, New Jersey 07102-0999

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust (See Note VIII). |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | D | Interest | N | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | K | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wells Fargo, Millburn, NJ | A | Interest | J | T | | | | | |
| 5. Wells Fargo, Newark, NJ | A | Interest | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 (200) | A | Interest | J | T | | | | | |
| 7. Williams College Pooled Income Fund #3 | C | Interest | L | T | | | | | |
| 8. Wells Fargo, Summit, NJ | A | Interest | J | T | | | | | |
| 9. Allianz, SE PFD. | A | Dividend | | | Sold | 06/15/13 | K | A | |
| 10. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |
| 11. Bank of America Brunswick, ME | A | Interest | J | T | | | | | |
| 12. ▨ Trust See VIII | E | Dividend | P1 | T | | | | | |
| 13. ▨ Trust See VIII | E | Interest | P1 | T | | | | | |
| 14. -Blackrock N.J. Munic. (BN) Bonds Fund 416 | | | | | | | | | |
| 15. -Bristol Myers Squibb Com. | | | | | | | | | |
| 16. -Chevron Texaco Corp. Com. | | | | | | | | | |
| 17. -Kimberly-Clark Com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Liquidity Funds | | | | | | | | | |
| 19. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 20. -Johnson & Johnson Com. | | | | | | | | | |
| 21. -IBM | | | | | | | | | |
| 22. -Harbor Fund International | | | | | | | | | |
| 23. -United Technologies Com. | | | | | | | | | |
| 24. -Coca Cola | | | | | | | | | |
| 25. -Proctor & Gamble Com. | | | | | | | | | |
| 26. -Federated Strat. Value (SVAAX) | | | | | | | | | |
| 27. -AT&T Com. | | | | | Sold | 09/13/13 | J | A | |
| 28. -J.P. Morgan Chase | | | | | | | | | |
| 29. -Bergen Cty IMRT Auth 2014 | | | | | | | | | |
| 30. -Chubb Corp. | | | | | | | | | |
| 31. -General Mills | | | | | Sold | 06/24/13 | K | A | |
| 32. -Heinz | | | | | Sold | 06/27/13 | K | A | |
| 33. -Intel Corp. | | | | | | | | | |
| 34. -Southern Co. | | | | | Sold | 06/24/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Union County Impt 9/01/18 | | | | | | | | | |
| 36. -N.J. Sports & Expstin 9/01/19 | | | | | | | | | |
| 37. -Pfizer, Inc. | | | | | | | | | |
| 38. -Wisdom Large Cap Fund | | | | | | | | | |
| 39. -Blackrock EQ Div #383 | | | | | | | | | |
| 40. -ISHARES Barclays Trust | | | | | | | | | |
| 41. -Franklin Tax Free TR #171 | | | | | | | | | |
| 42. -MFS Value Fund Class I | | | | | | | | | |
| 43. -ISHARES Russell Midcap FD | | | | | | | | | |
| 44. -Pimco Strategy Fund | | | | | | | | | |
| 45. -Fidelity Advisor Income Funds | | | | | | | | | |
| 46. -Fidelity Advisor Income Fund 1-Fund 279 | | | | | | | | | |
| 47. -T. Rowe Price Summit Mun | | | | | | | | | |
| 48. -Templeton Global Bond Fund 616 | | | | | | | | | |
| 49. -General Electric Co. | | | | | | | | | |
| 50. -Eaton Vance Floating Rate Fund 924 | | | | | Buy | 06/28/13 | K | | |
| 51. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Hartford GPA V | A | Interest | K | T | | | | | |
| 53. Management account at PNC Bank, | | | | | | | | | |
| 54. Blackrock Money Market Fund Liquidity Funds H1 | A | Interest | K | T | | | | | |
| 55. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 56. Chevron Texaco Corp. Com. | A | Dividend | J | T | | | | | |
| 57. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 58. Exxon Mobil Corp. Com. | A | Dividend | J | T | | | | | |
| 59. 50,000 N.J. EDL FACS Auth. Due 7/01/20 | B | Interest | K | T | | | | | |
| 60. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 61. $50,000 Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 62. Harbor Intrl Fund II | A | Dividend | L | T | | | | | |
| 63. U.S. Treas Notes 4.25% 8/15/13 | A | Interest | | | Matured | 08/15/13 | K | A | |
| 64. Coca Cola | A | Dividend | K | T | | | | | |
| 65. United Technologies | A | Dividend | J | T | | | | | |
| 66. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 67. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 68. Blackrock N.J. Munn. Fd. 416 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dupont | A | Dividend | K | T | | | | | |
| 70. MacDonalds Corp. Com. | A | Dividend | J | T | | | | | |
| 71. T. Rowe Price Summit Mun | C | Interest | M | T | | | | | |
| 72. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 73. Bergen County Impt Auth | A | Interest | K | T | | | | | |
| 74. Franklin Tax Free Fd 171 | A | Interest | K | T | | | | | |
| 75. Blackrock Munic Bond Fund 324 | B | Interest | M | T | | | | | |
| 76. Bristol Myers | A | Dividend | J | T | | | | | |
| 77. General Mills | A | Dividend | | | Sold | 07/02/13 | J | A | |
| 78. Heinz H J Co. | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 79. Intel Corp. | A | Dividend | J | T | | | | | |
| 80. Southern Co. | A | Dividend | | | Sold | 07/02/13 | J | A | |
| 81. Pimco Commodity Fund | A | Dividend | K | T | | | | | |
| 82. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 83. Fidelity Advisor Inc. 279 FD | B | Interest | L | T | | | | | |
| 84. Driehaus Active Income Fund #640 | A | Interest | K | T | | | | | |
| 85. iShares Russell Midcap Inter Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Blackrock NJ Munic 416 | A | Interest | K | T | | | | | |
| 87. Blackrock Global Allocation | A | Interest | K | T | | | | | |
| 88. Blackrock Nat'l Munic. Fund 413 | A | Interest | K | T | | | | | |
| 89. General Electric | A | Dividend | J | T | | | | | |
| 90. Blackrock Strategic Income | A | Dividend | K | T | | | | | |
| 91. Eaton-Vance Floating Rate | A | Dividend | K | T | | | | | |
| 92. Eaton-Vance Global Macro | A | Dividend | K | T | | | | | |
| 93. J.P. Morgan Chase Pfd. 7% | A | Dividend | | | Buy | 04/10/13 | K | | |
| 94. Wachovia Pfd. Funding | A | Dividend | K | T | Buy | 01/10/13 | K | | |
| 95. J.P. Morgan Chase Pfd. 7% | A | Dividend | | | Sold | 05/10/13 | K | A | |
| 96. Eaton Vance Floating Rate Fund 924 | A | Dividend | K | T | Buy | 07/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 04/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2006 I transferred six tax exempt bonds into a revocable trust of which I am trustee and over which I have complete powers of disposition. The purpose is to ensure that upon my death, as in my lifetime, the assets will be available to help pay for my _____ education. Because I retain complete control over the assets I have not listed them separately as part of a trust. As the assets have been used to pay college expenses most have been sold or redeemed. The assets as of December 13, 2013 consisted solely of cash and money balances in the amount of $36,654.01.

In the Trust and Management Accounts the Blackrock Money Market and Liquidity Funds are the equivalent of cash. The Trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, value ranges in the Management Account.

Line 53 of Part VII is simply a header for the assets listed in lines 54 to 96.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dickinson R. Debevoise**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544